**Cause No. D-1-GN-24-001116**

11/21/2025 10:54 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-001116
Rosa Oneal

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, | § | IN THE DISTRICT COURT OF |
| SUPER NEIGHBORHOOD 48 | § | |
| TRINITY/HOUSTON | § | |
| GARDENS, DYERSFOREST | § | |
| HEIGHTS CIVIC CLUB, and | § | |
| PROGRESSIVE FIFTH | § | |
| WARD COMMUNITY | § | |
| ASSOCIATION | § | |
|     Plaintiffs, | § | |
| | § | TRAVIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| TEXAS COMMISSION ON | § | |
| ENVIRONMENTAL | § | |
| QUALITY, | § | |
|     Defendant. | § | 126TH JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/21/2025 3:44:37 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT'S NOTICE OF APPEAL

Defendant, the Texas Commission on Environmental Quality ("TCEQ"), files this Notice of Appeal stating its intent to appeal the trial court's Final Judgment signed on October 23, 2025, and attached to this Notice as Exhibit A. This appeal is authorized under Section 51.012 of the Texas Civil Practice and Remedies Code. In accordance with Texas Rule of Appellate Procedure 26.1, TCEQ timely files this Notice of Appeal. This appeal is taken to the Fifteenth Court of Appeals.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

 */s/ Ian Lancaster*
IAN LANCASTER
Assistant Attorney General
State Bar No. 24097964
ian.lancaster@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel:  (512) 463-2012
Fax:  (512) 320-0911

**COUNSEL FOR APPELLANT
TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant's Notice of Appeal* has been served on the persons listed below, on November 21, 2025, through an electronic filing manager and/or by email:

Sarah Jane Utley
Bethany Dwyer
Ryan Cooper
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Avenue, 15th Floor
Houston, Texas 77002
Tel: (713) 274-5124
Fax: (713) 437-4211
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
ryan.cooper@harriscountytx.gov

Adam M. Friedman
Hailey Culhane
MCELROY, SULLIVAN, MILLER & WEBER, L.L.P.
P.O. Box 12127
Austin, Texas 78711
Tel: (512) 327-8111
Fax: (512) 350-2681
afriedman@msmtx.com
hculhane@msmtx.com

Amy Catherine Dinn
Caroline Crow
Noor Mozaffar
LONE STAR LEGAL AID
P.O. Box 398
Houston, Texas 77001
Tel: (713) 652-0077 ext. 8108
Fax: (713) 652-3141
adinn@lonestarlegal.org
ccrow@lonestarlegal.org
nmozaffar@lonestarlegal.org

***Attorneys for Appellees Harris County, Texas, Super Neighborhood 48 Trinity/Houston Gardens, Dyersforest Heights Civic Club, and Progressive Fifth Ward Community Association***

*/s/ Ian Lancaster*
IAN LANCASTER

# EXHIBIT A

October 23, 2025, Final Judgment

## CAUSE NO. D-1-GN-24-001116

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, SUPER | § | IN THE DISTRICT COURT OF |
| NEIGHBORHOOD 48 TRINITY/HOUSTC | § | |
| GARDENS, DYYERSFOREST HEIGHTS | § | |
| CIVIC CLUB, and PROGRESSIVE FIFTH | § | |
| WARD COMMUNITY ASSOCIATION, | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | TRAVIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| THE TEXAS COMMISSION ON | § | |
| ENVIRONMENTAL QUALITY, | § | |
| *Defendant.* | § | |
| | § | 126th JUDICIAL DISTRICT |
| | § | |

## FINAL JUDGMENT

On October 14, 2025, this Court heard argument in this administrative appeal of Defendant Texas Commission on Environmental Quality's ("TCEQ") January 29, 2024 Final Order (the "Final Order") Issuing Amendments to Air Quality Standard Permit (Docket No. 2022-1368-MIS). Having considered the pleadings, administrative record, briefing, law, and argument of counsel, the Court hereby REVERSES the TCEQ's Final Order because the TCEQ's determination to provide up to ten years for concrete batch plants authorized prior to the Final Order to implement the Final Order's new operational requirements is arbitrary and capricious and/or is in violation of a statutory provision by failing to protect public health. TEX. HEALTH & SAFETY CODE § 382.002; 30 TEX. ADMIN. CODE 116.615(1).

The Court hereby REMANDS this matter to the TCEQ for further proceedings consistent with the Court's ruling.

This Judgment is final, disposes of all parties and claims, and is appealable.

SIGNED this _____ day of October _____, 2025.

_____
HONORABLE JUDGE AMY CLARK MEACHUM

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James McCarley on behalf of Ian Lancaster
Bar No. 24097964
scott.mccarley@oag.texas.gov
Envelope ID: 108328742
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANT'S NOTICE OF APPEAL
Status as of 11/21/2025 11:04 AM CST

Associated Case Party: HARRIS COUNTY, TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Adam MFriedman | | afriedman@msmtx.com | 11/21/2025 10:54:17 AM | SENT |
| Sarah Utley | 24042075 | sarah.utley@harriscountytx.gov | 11/21/2025 10:54:17 AM | SENT |
| Amy Dinn | 24026801 | adinn@lonestarlegal.org | 11/21/2025 10:54:17 AM | SENT |
| Bethany Dwyer | 24084190 | bethany.dwyer@cao.hctx.net | 11/21/2025 10:54:17 AM | SENT |
| Caroline Crow | 24118360 | caroline.riviere.crow@gmail.com | 11/21/2025 10:54:17 AM | SENT |
| Hailey Culhane | 24127440 | hculhane@msmtx.com | 11/21/2025 10:54:17 AM | SENT |
| Noor Mozaffar | 24133046 | noor.mozaffar32@gmail.com | 11/21/2025 10:54:17 AM | SENT |
| Ryan Cooper | 24123649 | Ryan.Cooper@harriscountytx.gov | 11/21/2025 10:54:17 AM | SENT |
| Quincy Smith | | qsmith@msmtx.com | 11/21/2025 10:54:17 AM | SENT |

Associated Case Party: THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 11/21/2025 10:54:17 AM | SENT |
| James ScottMcCarley | | scott.mccarley@oag.texas.gov | 11/21/2025 10:54:17 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Caroline Crow | | ccrow@lonestarlegal.org | 11/21/2025 10:54:17 AM | SENT |
| Adam Friedman | | afriedman@msmtx.com | 11/21/2025 10:54:17 AM | SENT |
| Noor Mozaffar | | nmozaffar@lonestarlegal.org | 11/21/2025 10:54:17 AM | SENT |